**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Andres HERNANDEZ, Jr., also known as Gordo, Defendant–Appellant.**

No. 14–10952
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 27, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Dimitri Dube', esq., Dallas, TX, for Defendant–Appellant.

Before DAVIS, JONES and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Andres Hernandez, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Hernandez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Hernandez's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Hernandez's motion for the appointment of new counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.